IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| INDECK POWER EQUIPMENT COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. |
| | ) | |
| ASHLEY ENERGY, LLC, | ) | |
| | ) | |
| Defendant. | ) | JURY DEMANDED |

## COMPLAINT

NOW COMES Plaintiff, Indeck Power Equipment Company ("Indeck"), by and through its attorneys, Foran Glennon Palandech Ponzi & Rudloff PC, and for its Complaint against Ashley Energy, LLC ("Ashley"), states as follows:

## THE PARTIES

1. Plaintiff Indeck is an Illinois corporation in the business of, among other things, leasing power generation equipment with its principal place of business located at 1111 Willis Avenue, Wheeling, Illinois.

2. Defendant Ashley Energy is a Missouri limited liability company in the energy business with its principal place of business located at One Ashley Street, St. Louis, Missouri.

## JURISDICTION

3. The Court has diversity jurisdiction over this lawsuit under 28 U.S.C § 1332(a)(1) because complete diversity of citizenship exists, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## VENUE

4. Venue is proper in this District under 28 U.S. C. §1391 because a substantial part of the events or omissions giving rise to the claim occurred within this District and because the

property that is the subject of this action is situated in this District. Jurisdiction and Venue are also proper in this Court by agreement of the Parties as set forth further in Paragraph 9 below.

## BACKGROUND

5.      On or about January 6, 2020, Ashley Energy entered into Lease Agreement No. PRG003367 ("Equipment Lease") with Indeck for the lease of a 75,000 PPH Watertube Boiler No. 711703 (the "Boiler"). A true and correct copy of the Equipment Lease is attached hereto and incorporated herein as Exhibit A.

6.      Pursuant to the terms and conditions of the Equipment Lease, Ashley Energy agreed to pay Indeck rental payments in the amount of $57,500 per month during the term of the rental period as well as continued rental payments after the return of the Boiler during the time any repairs were made for damages sustained to the Boiler. (Exhibit A, p. 1, & Terms and Conditions, Pars. 4 & 5).

7.      Pursuant to the terms and conditions of the Equipment Lease, Ashley Energy agreed to ship, install, operate, and store the Boiler in a careful and proper manner and agreed to pay Indeck for start-up services and expenses and the cost of repairs or replacement parts for any damage to the Boiler, exclusive of ordinary wear and tear. (Exhibit A, p. 1, & Terms and Conditions, Pars. 4 & 5).

8.      Pursuant to the terms and conditions of the Equipment Lease, Ashley Energy also agreed to assume any and all risk of loss and liability and to defend, indemnify, and hold Indeck harmless from any and all loss or damage caused by or to the Boiler and for any and all claims, costs, and expenses, including attorneys' and expert fees and costs, relating to damage to the Boiler or arising out of the Lease Agreement. (Exhibit A, Terms and Conditions, Par. 13.)

9. Pursuant to the terms and conditions of the Equipment Lease, the Parties agreed that the Equipment Lease is governed by the laws of the State of Illinois and that exclusive jurisdiction for any dispute arising between the Parties relating to the Equipment Lease is in Illinois State or Federal Courts in Cook County, Illinois. (Exhibit A, Terms and Conditions, Pars. 20 and 22.)

## COUNT I – BREACH OF CONTRACT

10. Plaintiff re-alleges and re-adopts paragraphs 1 thru 9 above as though set forth fully herein as paragraphs 1 thru 9 of Count I.

11. The Boiler was delivered to Ashley Energy at its facility in St. Louis on January 6, 2020, and Ashley Energy operated the Boiler until approximately April 6, 2020, when the Boiler was returned to Indeck in Wheeling, Illinois.

12. Indeck inspected the Boiler upon its return and discovered significant damage in the form of extensive hard scale deposits on the internal surfaces of the steam drum, mud drums, and tubes surfaces.

13. At all times relevant, Indeck was not in breach nor did it cause any breach of the Equipment Lease.

14. On and after January 6, 2020, Ashley Energy breached the Equipment Lease by failing to properly operate and maintain the Boiler and returning the Boiler to Indeck with significant damage beyond ordinary wear and tear.

15. As a direct and proximate result of one or more of the foregoing breaches, Indeck sustained damages totaling $614,336.02 as of March 1, 2021, consisting of costs and expenses relating to repairs to the Boiler, which are not yet complete, rental payments during the repair of the Boiler, contractual interest and accruing interest beyond that date.

WHEREFORE, Plaintiff, Indeck Power Equipment Company, respectfully requests judgment in its favor and against Defendant Ashley Energy, LLC for damages in excess of the Court's jurisdictional limit, plus accruing contractual and/or statutory interest, costs and attorneys' and expert fees pursuant to the Equipment Lease, and any further relief deemed appropriate by the Court.

Respectfully Submitted,

/s/Brian G. Cunningham
George M. Ferreti
Brian G. Cunningham
Foran Glennon Palandech Ponzi & Rudloff PC
222 North La Salle Street, Suite 1400
Chicago, Illinois 60601
(312) 863.5000
(312) 863-5099 (Fax)
gferreti@fgppr.com
bcunningham@fgppr.com

*Attorneys for INDECK POWER EQUIPMENT COMPANY*