# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Indeck Power Equipment Company,

    Plaintiff,

v.

Ashley Energy, LLC,

    Defendant.

Case No. 21 C 1353

Hon. LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $_____,

    which ☐ includes _____ pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Ashley Energy, LLC
and against plaintiff(s) Indeck Power Equipment Company.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☒ tried by a jury with Judge LaShonda A. Hunt presiding, and the jury has rendered a verdict
☐ tried by Judge _____ without a jury and the above decision was reached.
☐ decided by Judge _____ on a motion

Date: October 28, 2024

Thomas G. Bruton, Clerk of Court
Carolyn Hoesly, Deputy Clerk